**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

HIGH NOON AT ARLINGTON RANCH
HOMEOWNERS ASSOCIATION, A
NEVADA NON-PROFIT
CORPORATION,
          Petitioner,

    vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
SUSAN JOHNSON, DISTRICT JUDGE,
          Respondents,

    and

D.R. HORTON, INC.,
          Real Party in Interest.

No. 65456

**FILED**

OCT 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

---

D.R. HORTON, INC., A DELAWARE
CORPORATION,
          Petitioner,

    vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ALLAN R. EARL, DISTRICT JUDGE,
          Respondents,

    and

FIRST LIGHT HOMEOWNERS
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION, FOR ITSELF
AND FOR ALL OTHERS SIMILARLY
SITUATED,
          Real Party in Interest.

No. 65993 ✓

15-32459

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, the petition in Docket No. 65993 is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc: Hon. Susan Johnson, District Judge
Wolfenzon Rolle Edwards
Angius & Terry LLP/Las Vegas
Wood, Smith, Henning & Berman, LLP/Las Vegas
Canepa Riedy Abele & Castello
Maddox, Isaacson & Cisneros, LLP
Eighth District Court Clerk